# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-666-386**

Effective date of registration:

February 13, 2013

---

## Title
**Title of Work:** The Power of Few

## Completion/Publication
**Year of Completion:** 2013

## Author
- **Author:** The Power of Few, LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** The Power of Few, LLC
c/o Ramo Law PC, 315 S. Beverly Dr., Ste. 412, Beverly Hills, CA, 90212, United States

## Limitation of copyright claim
**Material excluded from this claim:** script/screenplay
**New material included in claim:** production as a motion picture

## Certification
**Name:** Erika Canchola
**Date:** February 11, 2013

**Registration #:** PAU003666386
**Service Request #:** 1-889769301



Ramo Law PC
Erika Canchola
315 S. Beverly Drive
Suite 412
Beverly Hills, CA 90212