IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02200-WYD-MEH

THE POWER OF FEW, LLC, a Louisiana limited liability company,

     Plaintiff,

v.

JOHN DOES 1-21,

     Defendants.

## ORDER

In accordance with the Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on November 11, 2013 (ECF No. 16), it is

ORDERED that Defendant John Does 4, 16 and 19 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  November 12, 2013.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge