IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02200-WYD-MEH

THE POWER OF FEW, LLC, a Louisiana limited liability company,

    Plaintiff,

v.

JOHN DOES 1-3, 5-15, 17-18, 20-21,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal filed on December 13, 2013 (ECF No. 22), it is

ORDERED that Defendant John Doe 17 is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and shall hereafter be taken off the caption.

Dated:  December 13, 2013.

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior United States District Judge