IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02200-WYD-MEH

THE POWER OF FEW, LLC, a Louisiana limited liability company,

     Plaintiff,

v.

JOHN DOES 1-3, 5-15, 18, 20-21,

     Defendants.

---

### ORDER OF DISMISSAL

---

In accordance with the Notice of Dismissal of Case filed on January 16, 2014 (ECF No. 26), it is

ORDERED that the John Doe Defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and this case is terminated.

Dated:  January 17, 2014.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge